# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN J. GUZIEWICZ,<br><br>　　　Plaintiff.<br>　v.<br><br>NINOUSKA GOMEZ, *et al.*,<br><br>　　　Defendants. | No. 3:17-CV-01699<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 20th day of April 2018, in accordance with the Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that:

1. Defendant Kurt P. Moran, M.D.'s First Motion to Dismiss (ECF No. 13) is **GRANTED** in part and **DENIED** in part. Plaintiff Steven J. Guziewicz's intentional infliction of emotional distress claim against Defendant Kurt Moran, M.D. is dismissed without prejudice.

2. Plaintiff is **GRANTED** leave to amend this claim **no later than twenty-one (21) days** from the date of this Order.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　*s/ Matthew W. Brann*
　　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　　United States District Judge